```
                BRACHFELD AND SHEPPARD
                ATTORNEY FOR THE PLAINTIFF
                  23586 CALABASAS RD, SUITE 103
 1                CALABASAS, CA  91302
                  818-222-2868
 2              Attorneys for the Plaintiff
```


 3                    UNITED STATES DISTRICT COURT
 4                   CENTRAL DISTRICT OF CALIFORNIA

 5     UNITED STATES OF AMERICA,           COURT NO: 92A20729
                   Plaintiff,
 6
                v.                         DEFAULT JUDGMENT
 7
       ALFRED J. FERRARO
 8
                   Defendant(s).
 9     ─────────────────────────────/



10        In the above-entitled action, an affidavit on behalf of the
11   plaintiff satisfying the requirements of Rule 55 having been filed;
12        IT IS ADJUDGED that the United States of America, plaintiff,
13   do have and recover of and from ALFRED J. FERRARO
14
     the sum of $1,500.00 as principal, $1,947.00 as accrued prejudgment
15
     interest, $232.00 administrative charges, and $50.00 costs,
16
     plus $350.00 attorney fees for a total amount of $4,079.00,
17
     plus interest at the current rate until entry of judgment.
18
          Judgment to accrue interest at the legal rate until paid.
19
          DATED:
20          JUL 2 7 1992
                                        LEONARD A. BROSNAN, CLERK
21                                      U.S. District Court
                                        Central District of California
22

23                                      By 
                                           ─────────────────────────
24                                         Deputy Clerk

25

26

27

28